**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>　　　　　　*Plaintiff,*<br>v.<br><br>AJINOMOTO CAMBROOKE, INC.,<br><br>　　　　　　*Defendant.* | No. 25-CV-10220-RGS |

## ORDER

The Relator Verity Investigations, LLC and the United States having filed a Joint Stipulation of Dismissal and pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)(A)(i)</u> and the terms and conditions of the December 23, 2025 Settlement Agreement ("Agreement") among the United States, the Relator, and Ajinomoto Cambrooke, Inc.:

It is hereby **ORDERED** that this action shall be dismissed as follows:

(1)　　Claims against Ajinomoto Cambrooke, Inc. for the Covered Conduct set forth in Recital G to the Agreement are dismissed with prejudice as to the United States;

(2)　　All other claims against Ajinomoto Cambrooke, Inc. in this Civil Action shall be dismissed without prejudice as to the United States; and

(3)　　All claims against Ajinomoto Cambrooke, Inc. in the Civil Action shall be dismissed with prejudice as to the Relator.

Dated: **4-6-2026**

_____
HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE